IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08cv175-RJC

| | |
|---|---|
| STATE OF NORTH CAROLINA, et al., )<br> )<br>  Plaintiffs, )<br> )<br>  vs. )<br> )<br> STEVEN BYRD, )<br> )<br>  Defendant. )<br> ) | **O R D E R** |

**THIS MATTER** is before the Court sua sponte. On April 17, 2008, Defendant filed a Notice of Removal (Doc. No. 1) and an Application to Proceed In Forma Pauperis (Doc. No. 2). The Court denied Defendant's application and ordered that Defendant remit the $350.00 filing fee within twenty (20) days of issuance of the Order or, in the alternative, submit an amended application for further consideration. (Doc. No. 3). Defendant failed to remit the required filing fee or amend his application within the time period established by the Court's October 10, 2008 Order.

**THEREFORE, IT IS HEREBY ORDERED that**:

1. Defendant's case is dismissed administratively; and

2. The Clerk shall serve a copy of this Order on the Clerk of Court, General Court of Justice for Union County District Court.

Signed: November 3, 2008

Robert J. Conrad, Jr.
Chief United States District Judge