# United States District Court
# For The Western District of North Carolina
# Charlotte Division

State of North Carolina, et al.,

    Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                          3:08-CV-175

Steven Byrd,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/3/2008 Order.

                                                        Signed: November 3, 2008

                                                        *Frank G. Johns*

                                                        Frank G. Johns, Clerk
                                                        United States District Court